# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

St. Paul Painting Industry Health
and Welfare Fund

Case No. Civil 00-140 MJD/JGL

v.

**JUDGMENT IN A CIVIL CASE**

Ted Rieple Painting & Decorating,
Inc. and Joe Specht

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

1. That plaintiff's motion for default is granted.

2. That defendants shall produce for inspection and audit the following business records for the period January, 1998 through the date of this order.

a. All payroll records;

b. All time cards;

c. All Internal Revenue Form 941 quarterly reports;

d. All Internal Revenue W-2 Forms for employees of defendants and the W-3 Form;

e. All Internal Revenue 1099 and 1096 Forms;

f. Defendants' payroll check register and sequential canceled checks from defendants' payroll account;

g. All Minnesota Unemployment Compensation filing forms (MUTAs); and

(9)

h. Copies of monthly remittance reports which defendants are required to submit to plaintiff.

3. Defendants arc further ordered to produce for inspection such additional records as are deemed necessary to the performance of such audit by representatives of the plaintiff.

4. Production and inspection shall occur within ten (10) days of entry of this order at the premises of Wilson-McShane Corporation, 2850 Metro Drive, Suite 404, Bloomington, Minnesota 55425.

5. The only issues remaining to be determined in this action are the amount of plaintiff's damages and plaintiff's claim for attorney's fees and costs.

6. That the amount of plaintiff's damages and plaintiff's claim for attorney's fees and costs shall be determined by the Court after hearing.

DATE: April 28, 2000

FRANCIS E. DOSAL, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk