UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Civil No. 00-CV-140 MJD/JGL

ST. PAUL PAINTING INDUSTRY HEALTH AND WELFARE FUND,

Plaintiff,

vs.

TED RIEPLE PAINTING & DECORATING, INC., and JOE SPECHT,

Defendants.

**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER FOR MONEY JUDGMENT**

This matter was heard before the undersigned on the 5th day of January, 2001. Pamela H. Nissen of McGrann Shea Franzen Carnival Straughn & Lamb, Chartered, appeared for and on behalf of the Plaintiff. There was no appearance on behalf of the Defendants.

This matter was brought before the Court on January 5, 2001, by the Plaintiff for entry of a money judgment pursuant to this Court's Order dated April 28, 2000 which Ordered the Defendants to submit to an audit by producing the documents requested, and provided that Plaintiff move for entry of judgment after the audit was completed.

**FINDINGS OF FACT**

1. On April 28, 2000 this case was heard by the Court upon Plaintiff's motion for entry of Default Judgment.

2. Based upon the pleadings, record, filings and arguments of Counsel, this Court entered Judgment on April 28, 2000, against the Defendants and Ordered that

FILED 1/5/01
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD JAN 05 2001
DEPUTY CLERK

Defendants submit records for January 1998 through the present, and that the amounts due and owing pursuant to that audit, and for fees and costs, would be determined after a hearing.

3. Defendants failed to comply with that Order and Plaintiff's moved for contempt sanctions.

4. After Plaintiff's motion, Defendants produced documents for the period of January 1998 through December 1999.

5. Plaintiff performed an audit of those records produced and prepared a Payroll Audit Invoice. According to the Invoice, $11,256.10 in contributions are owing for the period of the audit.

6. As is provided in the Agreements between the parties, Plaintiff is entitled to liquidated damages in the amount of 10%. Liquidated damages total $1,125.61.

7. Defendants have failed to pay the amount owing pursuant to the invoice.

8. Plaintiff has incurred $2,020.00 in legal fees and $435.73 in costs associated with this action.

## CONCLUSIONS OF LAW

9. Defendants owe contributions in the amount of $11,256.10 for the period of January 1998 through December 1999.

10. Defendants owe $1,125.61 in liquidated damages.

11. The reasonable fees and costs, which Plaintiff has incurred in prosecution of this matter total $2,455.73.

## ORDER FOR JUDGMENT

IT IS HEREBY ORDERED:

1. That Plaintiff's application for Entry of a Money Judgment is granted.

2. That the Clerk enter judgment in favor of Plaintiff and against Defendants, jointly or order, as follows:

   a. In favor of the Fund in the amount of 11,256.10 for contributions delinquent and unpaid for the period January 1998 through December 1999.

   b. In favor of the Fund in the amount of $1,125.61 for liquidated damages.

   c. In favor of the Fund in the amount of $2,455.73, as and for, reasonable attorney's fees and costs.

   d. In favor of the Plaintiff the St. Paul Painting Industry Health and Welfare Fund for the total amount of $14,837.44.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: JAN 5, 2001

Michael J. Davis
Judge of District Court